RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq.
Keith A. Brady, Esq.
630 Third Avenue, 3rd Fl.
New York, New York 10017
(212) 953-2381
Jmercante@rubinfiorella.com
Kbrady@rubinfiorella.com
*Attorneys for Defendant*
*Donjon Marine Co., Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
KRISTOPHER LATORRE

                    Plaintiff,

   -against-

DONJON MARINE CO., INC.,

                    Defendant.

Civil Action No.: 11-cv-1764 (JBW) (JMA)

**PROPOSED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and 26, the parties submit a proposed Case Management Plan and Scheduling Order in this action:

1. Rule 26(a)1Initial Disclosures shall be served by June 29, 2012;

2. Initial requests for production of documents to be served by July 12, 2012;

3. Initial interrogatories are to be served by July12, 2012;

4. Additional parties to be joined by August 31, 2012;

5. Amended Pleadings to be filed by August 31, 2012;

6. A status conference is scheduled on_____;

7. All fact discovery is to be completed by February 1, 2013;

8. All *expert* disclosures are to be served as follows:

      a.    Plaintiff's expert disclosures on or before January 18, 2013;

      b.    Defendant's expert disclosures on or before February 15, 2013;

9. All expert depositions shall be completed by March 15, 2013;

10. Dispositive motions shall be filed by March 29, 2013; and

11. The parties shall submit a Joint Pretrial Order by April 5, 2013.

Dated: June ,2012
New York, New York

                              SO ORDERED:

                              _____
                                    U.S.M.J.